DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OTW DAVIE LLC** d/b/a **OFF THE WALL GAMEZONE,**
Appellant,

v.

**TYLER SWERDLOFF,** individually and as parent and legal guardian of
N.S., a minor,
Appellee.

No. 4D22-2754

[February 9, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE22006096.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, Anthony E. Torrente and Ali S. Iftikhar of Hinshaw & Culbertson LLP, Coral Gables, for appellant.

Neil Rose, Hollywood, and Eric S. Rosen of Rosen Injury Law, Davie, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***